UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JENNIFER LYNN LE BLANC, et al., | No. 1: 04 CV 5971 AWI DLB |
| Plaintiffs, | **ORDER APPOINTING GUARDIAN AD LITEM** |
| v. | |
| CITY OF LINDSAY, et al., | |
| Defendants. | |

The Court having considered the petition of DERRIS LE BLANC for the appointment of Guardian Ad Litem for petitioner, an minor who is a plaintiff in the above action, and good cause appearing,

IT IS ORDERED that DENNIS LE BLANC be appointed Guardian Ad Litem for DERRIS LE BLANC in the above entitled action.

Dated: July 7, 2005

/s/ Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE

**Pet. for Substitution of Appointment of Guardian ad Litem;** *Le Blanc, et al.* v. *City of Lindsay, et al.*
USDC, ED, Case No. CV F-04-5971 AWI DLB        1