UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ESTATE OF JENNIFER LYNN LE BLANC, et al.,

                Plaintiffs,

v.

CITY OF LINDSAY, et al.,

                Defendants.

No. 1: 04 CV 5971 AWI DLB

**ORDER APPOINTING GUARDIAN AD LITEM**

    The Court having considered the petition of DERRIS LE BLANC for the appointment of Guardian Ad Litem for petitioner, a minor who is a plaintiff in the above action, and good cause appearing,

    IT IS ORDERED that DEBBIE VIERRA be appointed Guardian Ad Litem for DERRIS LE BLANC in the above entitled action.

    IT IS SO ORDERED.

Dated:   November 17, 2005           /s/ Dennis L. Beck
3b142a                                 UNITED STATES MAGISTRATE JUDGE