1 | Bruce D. Praet SBN 119430
FERGUSON, PRAET & SHERMAN
2 | A Professional Corporation
1631 East 18th Street
3 | Santa Ana, California  92705
(714) 953-5300 telephone
4 | (714) 953-1143 facsimile
bpraet@law4cops.com
5
Attorneys for City of Lindsay Defendants
6

7

8 | UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| ESTATE OF JENNIFER LYNN LE BLANC, ELIZABETH LOUISE CLARK, DENNIS LE BLANC, GARY MERCIER, RUBY MERCIER, TONY MERCIER and GARY AND RUBY MERCIER as guardians ad litem for GARY MERCIER, JR., STEVEN MERCIER and JENNIFER MERCIER,<br><br>        Plaintiffs,<br><br>  vs.<br><br>COUNTY OF TULARE; TULARE COUNTY SHERIFFS OFFICE, CITY OF LINDSAY, LINDSAY DEPARTMENT OF PUBLIC SAFETY POLICE SERVICES; TULARE COUNTY SHERIFF BILL WITTMAN, DIRECTOR OF PUBLIC SAFETY, BERT H. GARZELLI; SGT. R. WILKINSON; SGT. ANDERSON; OFFICER J. HINOSO; OFFICER JERRY MARTINEZ; and DOES 1-50,<br><br>        Defendants.<br>_____ | No. CV F-04-5971AWI(DLB)<br><br>**STIPULATION AND ORDER CONTINUING PRE-TRIAL CONFERENCE** |

    IT IS HEREBY STIPULATED by and between the parties by and through their respective counsel of record, that the Pre-Trial Conference currently scheduled for June 23, 2006,

1  at 8:30 a.m. in Department 2, may be continued to June 29,
2  2006, at 8:30 a.m. in the same Department.
3      This brief continuance becomes necessary due to a
4  scheduling conflict for defense counsel.  All other dates
5  will remain as set.
6
7  DATED: April 4, 2006         FERGUSON, PRAET & SHERMAN
                                A Professional Corporation
8
9                          By:    /S/Bruce D. Praet
                                Bruce D. Praet,
10                              Attorneys for Defendants
11
   Dated: April 4, 2006         ROBERT NAVARRO
12                              CATHERINE CAMPBELL
                                CAROLYN PHILLIPS
13
14
                             By:    /s/Robert Navarro
15                              Robert Navarro
                                Attorneys for Plaintiffs
16
17 Dated: April 4, 2006         DOUGLAS HURT
18
19                           By:   /s/Douglas Hurt
                                Douglas Hurt,
20                              Attorneys for minor Plaintiff
                                Derris LeBlanc
21
22
                                **ORDER**
23
24
25
   IT IS SO ORDERED.
26
   **Dated:   April 10, 2006           /s/ Anthony W. Ishii**
27 0m8i78                       UNITED STATES DISTRICT JUDGE
28