DOUGLAS L. HURT, ESQ., #124116
LAW OFFICES OF DOUGLAS L. HURT
2534 West Main Street
Visalia, CA 93291
(559) 635-3333
FAX: (559) 733-0558

Attorney for: Petitioner Debbie Vierra and minor Derris Le Blanc

FILED
MAY 1 1 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
   DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ESTATE OF JENNIFER LYNN LE BLANC, ) No. CV F-04-5971 AWI DLB
et. al.,                          )
                                  ) ORDER APPROVING COMPROMISE
                      Plaintiffs, ) OF DISPUTED CLAIM OF MINOR
                                  ) (Under Section 372 CCP)
v.                                )
                                  ) DATE:
CITY OF LINDSAY, et. al.          ) TIME:
                                  ) DEPT:
_____)

The petition of Debbie Vierra, hereinafter called "Petitioner," for approval of the proposed compromise of the above-named minor against CITY OF LINDSAY, et. al., hereinafter called "Payor," came on ~~regularly for hearing on~~ _____ in Department 9 of the above-entitled court. Upon the evidence introduced the court finds that the facts set forth in said petition are true and that it is for the best interests of the minor that said claim be compromised and settled for the amount hereinafter stated and that the proceeds of such settlement be paid and used in the manner hereinafter specifically provided:

IT IS THEREFORE ORDERED:

USDC, ED, Case No. CV F-04-5971 AWI DLB

A. That said compromise be and it is hereby approved and that upon payment of the sum of $42,500.00 being the total settlement sum herein approved in the manner herein provided, the Payor shall be fully and forever released and discharged of and from all claims, charges and demands of said minor arising from the accident mentioned in said petition.

B. Petitioner shall disburse the proceeds of the settlement hereby approved in the following manner:

    (1) Attorney's fees to Douglas L. Hurt     $9,737.17
    (2) Costs expended by Douglas L. Hurt     $ 262.83

    TOTAL OF ALLOWANCES FOR FEES AND EXPENSES     $10,000.00

1. That the balance of the settlement sum, to wit, **$32,500.00**, is to be deposited into an annuity with The Prudential Insurance Company of America with payout being as follows:

    a. Age 18-21: $10,000 per year beginning 3/10/2018 through 3/10/2021 (4 payments)
    b. Age 25: Lump sum payable on 3/10/2025

2. The total amount offered in said settlement is $42,500.00.

C. Upon receipt of the full amount of the settlement sum herein approved and the deposit of the funds, Petitioner is hereby authorized and directed to execute and deliver to said Payor a full, complete, and final release and discharge of any and all claims and demands of said minor by reason of the accident described in said petition and the resultant injuries and damages to said minor.

DATED: 5/10/2006

~~Judge of the United States District Court~~
US Magistrate Judge

2

Order Approving Compromise of Claim of Minor; *Le Blanc, et al.* v. *City of Lindsay, et al.*
USDC, ED, Case No. CV F-04-5971 AWI DLB