1   ROBERT NAVARRO
    Attorney at Law
2   Bar No. 128461
    P.O. Box 8493, Fresno, California 93747
3   TEL: 559.452.0934  FAX: 559.452.0986

4   CATHERINE CAMPBELL
    Attorney at Law
5   Bar No. 65103
    P.O. Box 4470, Fresno, CA 93728
6   TEL: 559.498.8140  FAX: 559.221.0268

7

    CAROLYN D. PHILLIPS
8   Attorney at Law
    Bar No. 103045
9   P.O. Box 5622, Fresno, CA 93755-5622
    TEL: 559.248.9833  FAX: 559.248.9820
10

11              UNITED STATES DISTRICT COURT

12         FOR THE EASTERN DISTRICT OF CALIFORNIA

13

    ESTATE OF JENNIFER LYNN LE BLANC,     No. 1: 04 CV 05971 AWI DLB
14  et al.,
                                          **STIPULATION AND**
15                        Plaintiffs,     **ORDER**
                                          **CONTINUING ALL FURTHER**
16              v.                        **DATES INCLUDING TRIAL**

17  CITY OF LINDSAY, et al.,

18                        Defendants.

19
         IT IS HEREBY STIPULATED by and between the parties by and through their
20
    respective counsel of record, that the remaining dates be scheduled as follows: :
21
         Exchange of expert reports:  . . . . . . . . . . . . . . . . . Friday, June 30, 2006
22
         Close of expert witnesses depositions:  . . . . . . . Friday, August 11, 2006
23
         Last day to file Joint Pretrial Statement:  . . . . . . . Friday, August 25, 2006
24
         Pretrial Conference: . . . . . . . . . . . . . Friday, September 1, 2006, 1:30 p.m.
25
         Trial:  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Tuesday, November 7, 2006
26

27

28                                                                                    1

1  Dated:        June __2__, 2006          ROBERT NAVARRO
                                           CATHERINE CAMPBELL
2                                          CAROLYN PHILLIPS

3

4
                                           By: /s/Robert Navarro
5                                          Robert Navarro
                                           Attorneys for Plaintiffs
6
   DATED:        June __2__, 2006          FERGUSON, PRAET & SHERMAN
7                                          A Professional Corporation

8

9

10                              By:        /s/Bruce D. Praet
                                           Bruce D. Praet,
11                                         Attorneys for Defendants

12
   **GOOD CAUSE APPEARING THEREFORE,**
13
      IT IS SO ORDERED.
14
      **Dated:    June 2, 2006**                    **/s/ Dennis L. Beck**
15  3b142a                              UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28                                                                    2