1

2

3

4

5

6

7                       IN THE UNITED STATES DISTRICT COURT FOR THE

8                              EASTERN DISTRICT OF CALIFORNIA

9

10   ESTATE OF JENNIFER LYNN LE          )      1:04cv5971 DLB
     BLANC, et. al.,                     )
11                                       )      ORDER AFTER FINAL PRETRIAL
                     Plaintiff(s),       )      CONFERENCE
12                                       )
          v.                             )      **Jury Trial: March 26, 2007, 9:00 a.m.,**
13                                       )      **Courtroom 9 (DLB)**
     COUNTY OF TULARE, et al.,           )
14                                       )
                     Defendant(s).       )
15                                       )
     _____

16

17

18        Pursuant to the September 13, 2006 Pretrial Order, on March 9, 2007, the Court

19   conducted a final pretrial conference and hearing on the parties' motions in limine.  Robert

20   Navarro appeared on behalf of plaintiff Dennis Le Blanc and Bruce D. Praet appeared on behalf

21   of defendant Sgt. R. Wilkinson.

22        Based on the discussions at the hearing, the trial date is advanced to March 26, 2007 in

23   Courtroom 9 before the undersigned.

24        Consistent with the rulings made at the hearing, the Court issues the following Orders on

25   the parties' motions in limine:

26   ///

27   ///

28                                        1

**A.      PLAINTIFF'S CONSOLIDATED MOTIONS IN LIMINE FILED FEBRUARY 7, 2007.**

**1.      Motion in Limine No. 1 - Standard of Proof.**

After arguments from counsel, the Court took this motion under submission and will issue a written order prior to trial.

**2.      Motion in Limine No. 2 - Admission of Graphic Exhibits.**

The Court DENIES plaintiff's motion in limine No. 2 in part.  The photographs plaintiff seeks to introduce are unnecessary as the pathologist will be able to testify regarding the blood on the decedents hand.  The parties shall confer regarding the Tulare County District Attorneys' Office video.

**3.      Motion in Limine No. 3 - Jury View or Model of Hallway**.

The Court DENIES plaintiff's motion in limine No. 3 without prejudice to plaintiff presenting a proposed model to the Court for review.

**4.      Motion in Limine No. 4 - Exclusion of Evidence Relating to Louise Clark.**

The Court reserves ruling on this motion in limine pending the testimony of Ms. Clark.

**5.      Motion in Limine No. 5 - Affirmative Defenses.**

This motion in limine is GRANTED.  The First Affirmative Defense asserting failure to state a claim is STRICKEN.  The parties shall meet and confer regarding the remaining affirmative defenses which are still at issue in the case.

**B.      DEFENDANT'S MOTIONS IN LIMINE FILED FEBRUARY 13, 2007.**

**1.      Motion in Limine No.1: Exclusion of Shooting and Autopsy Photographs.**

The Court GRANTS defendants' motion in limine No. 1.

**2.      Motion in Limine No. 2: Polices, Practices and Procedures.**

The Court GRANTS defendants' motion in limine No. 2 except that evidence regarding the Lindsay Police Department's policies, practices and procedures relating to the use of deadly force and the United States Constitutional Standards regarding the use of deadly force may be

1    introduced.

2    **3.      Motion in Limine No. 3: Source of Award of Compensation.**

3    The Court GRANTS defendants' motion in limine No. 3.

4    **4.      Motion in Limine No. 4: Other Incidents by R. Wilkinson.**

5    The Court GRANTS defendants' motion in limine No. 4.

6    **5.      Motion in Limine No. 5: Mercier Testimony.**

7    The Court GRANTS defendants' motion in limine No. 5 as to post-shooting emotions

8    and/or experience.

9    **6.      Motion in Limine No. 6: Asserted Privileges by Wilkinson.**

10   The Court GRANTS defendants' motion in limine No. 6.

11   **7.      Motion in Limine No. 7: Planning, Service and Execution of Search Warrant.**

12    The Court GRANTS defendants' motion in limine No. 7, except that foundational evidence

13   regarding the underlying crime, obtaining the search warrant, the officer briefing prior to the

14   execution of the search warrant and the execution of the search warrant may be introduced.

15   **8.      Motion in Limine No. 8: Testimony of Robert Feliciano.**

16   The Court GRANTS defendants' motion in limine No. 8 in part.  Mr. Feliciano may only

17   offer his opinions directly related to the actual shooting by Sgt. Wilkinson in relation to

18   plaintiff's 14th Amendment claim.  Mr. Feliciano may not testify regarding the practices or

19   standards of the Los Angeles County Sheriff Department.

20   **9.      Motion in Limine No. 9: "Code of Silence."**

21   The Court GRANTS defendants' motion in limine No. 9.

22

23        IT IS SO ORDERED.

24        **Dated:    March 9, 2007            /s/ Dennis L. Beck**

25   3b142a                                    UNITED STATES MAGISTRATE JUDGE

26

27

28                                           3