1
2
3
4
5

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

6   ESTATE OF JENNIFER LYNN LE BLANC, et al.,

| | |
|---|---|
| ESTATE OF JENNIFER LYNN LE BLANC, et al., | No. 1: 04 CV 5971 DLB |
| Plaintiffs, | **ORDER RE PLAINTIFFS' EX PARTE REQUEST FOR AUTHORITY TO INCUR COSTS RE PLAINTIFF'S EXPERT ROBERT FELICIANO** |
| v. | |
| COUNTY OF TULARE, et al., | |
| Defendants. | |

13   GOOD CAUSE APPEARING from Plaintiffs' Ex Parte Request for Authority

14   to Incur Costs,

15   IT IS ORDERED that the payment of $6,077.88 to police procedures and

16   practices expert, Robert Feliciano, for work expended in preparation for, and

17   appearance and testimony at, trial in the above-entitled action.

18

19   IT IS SO ORDERED.

20   Dated:   **September 26, 2007**          **/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE
21
22
23
24
25
26
27

28